**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| LIBRE BY NEXUS,<br>113 Mill Place Parkway<br>Suite 103<br>Verona, VA 24482<br><br>       Plaintiff,<br><br>v.<br><br>BUZZFEED, INC., et al.<br>111 E. 18th Street<br>13th Floor<br>New York, NY 10003<br><br>       Defendants. | Case No. 1:17-cv-01460-APM |

## RULE 7.1 STATEMENT OF DEFENDANT BUZZFEED, INC.

Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned counsel hereby certifies that Defendant BuzzFeed, Inc. is a privately owned corporation. Ten percent or more of its stock is owned by NBCUniversal Media LLC, a wholly-owned indirect subsidiary of Comcast Corporation, which is publicly traded. No other publicly held company owns ten percent or more of its stock.

| | |
|---|---|
| Dated: October 13, 2017 | Respectfully submitted, |
| | BALLARD SPAHR LLP |
| | /s/ *Maxwell S. Mishkin* |
| *Of Counsel*: | Chad R. Bowman (D.C. Bar No. 484150) |
| | Maxwell S. Mishkin (D.C. Bar No. 1031356) |
| Allison Lucas | 1909 K Street, NW, 12th Floor |
| Nabiha Syed | Washington, DC 20006 |
| BuzzFeed, Inc. | Telephone: (202) 661-2200 |
| 111 E. 18th Street | Fax: (202) 661-2299 |
| 13th Floor | bowmanchad@ballardspahr.com |
| New York, NY 10003 | mishkinm@ballardspahr.com |
| | *Counsel for Defendants BuzzFeed, Inc. and Ben Smith* |

**CERTIFICATE OF SERVICE**

I hereby certify that, on this date, I caused the foregoing Rule 7.1 Statement of Defendant BuzzFeed, Inc. to be filed and served electronically via the Court's ECF System upon counsel of record.

Dated:  October 13, 2017  /s/ *Maxwell S. Mishkin*
Maxwell S. Mishkin